# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Joseph M.A. Charles

Debtor(s)

Case No.: 20-12634
Chapter: 13

Judge Deborah L. Thorne

## NOTICE OF OBJECTION

**TO:** Marilyn O. Marshal, Chapter 13 Trustee, 224 South Michigan Ste. 800, Chicago, Il 60604 by electronic notice through ECF
Joseph M.A. Charles, Debtor(s), 9546 S Charles, Chicago, IL 60643
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF

PLEASE TAKE NOTICE that U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4 objects to Debtor(s) Motion to Extend the Automatic Stay.

## CERTIFICATION

I hereby certify that I served a copy of Notice to the above, as to the Trustee and Debtor's attorney via electronic notice on June 26, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on June 26, 2020.

/s/ Peter C. Bastianen
Attorney for Objector

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**FILE # (14-18-00777)**

NOTE: This law firm is a debt collector.