UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re: ) 20-12634
JOSEPH M. A. CHARLES, ) Chapter 13
)
) JUDGE THORNE
Debtor(s). )

## NOTICE OF OBJECTION

*The following parties have been served via electronic mail:*
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*The following party(s) have been served via regular US mail:*
Mr. Joseph Charles, 9546 S. Charles, Chicago, IL 60643
Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346
David M. Katinsky, Chief, CTS-Northern, Tax Division (DOJ), P.O. Box 55, Ben Franklin Station, Washington, DC 20044
US Attorney, Civil Process Clerk, 219 S. Dearborn St., Rm. 500, Chicago, IL 60604

PLEASE TAKE NOTICE that on November 25, 2020, at 1:30 pm, I will appear before the Honorable Judge Thorne, or any judge sitting in that judge's place, and present the Motion Objecting to Claim No. 3 (Internal Revenue Service), a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID, there is no password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting code, there is no password.

**Meeting ID.** The meeting ID for this hearing is 160 9362 1728. There is no password. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on October 20, 2020 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| In re: ) | 20-12634 |
| JOSEPH M.A. CHARLES, ) | Chapter 13 |
| ) | |
| ) | JUDGE THORNE |
| Debtor(s). ) | |

### OBJECTION TO CLAIM NO. 3
### (INTERNAL REVENUE SERVICE)

NOW COMES the Debtor, JOSEPH M.A. CHARLES, by his attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Objection to Claims, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The debtor filed a Chapter 13 petition June 18, 2020. The case is not yet confirmed. Marilyn O. Marshall was appointed trustee in this case.

3. The debtor listed the Internal Revenue Service as one of his creditors.

4. On June 24, 2020 the Internal Revenue Service filed a proof of claim, Claim No. 3 on the Claims Register for taxes, divided into unsecured, priority ($4,645.70) and unsecured general ($3,788.76), for a total amount of $8,434.46 (Exhibit A).

5. This claim contains $897.56 as unsecured, priority for an unfiled 2018 tax return.

6. It is unclear when the Debtor filed his 2018 return with the Internal Revenue Service by Turbotax, which shows he owes $8,504.00. However, on October 16, 2020 this office sent a signed copy of the 2018 return to the Internal Revenue Service's agent listed on the proof of claim, Mica King.

7. As of today, the proof of claim has not been amended for the filed return.

8. As a result of the aforementioned, the claim filed by the Internal Revenue Service should be disallowed as to the 2018 amount of $897.56, and replaced with $8,504.00.

WHEREFORE, pursuant to 11 U.S.C. §502(a), the debtor, JOSEPH M.A. CHARLES, respectfully requests that this honorable Court enter an order disallowing Claim No. 3 as to the 2018 amount and for such other and further relief as the Court shall deem proper.

                Respectfully Submitted,
                /s/ Christine H. Clar
                Christine H. Clar, ARDC #6202332

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1   JOSEPH M.A. CHARLES

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN         District of ILLINOIS
                                                              (State)

Case number   20-12634

Official Form 410
# Proof of Claim                                                                04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Department of the Treasury - Internal Revenue Service<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ■ No<br>☐ Yes.  From whom? |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Internal Revenue Service<br>Name<br>P.O. Box 7346<br>Number      Street<br><br>Philadelphia     PA          19101-7346<br>City             State       ZIP Code<br><br>Contact phone   1-800-973-0424<br><br>Contact email<br><br>Creditor Number: 28900504<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one) | **Where should payments to the creditor be sent? (if different)**<br><br>Internal Revenue Service<br>Name<br>P.O. Box 7317<br>Number      Street<br><br>Philadelphia     PA          19101-7317<br>City             State       ZIP Code<br><br>Contact phone   1-800-973-0424<br><br>Contact email |
| 4. Does this claim amend one already filed? | ■ No<br>☐ Yes.   Claim number on court claims registry (if known) _____   Filed on: _____<br>                                                                        MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ■ No<br>☐ Yes.  Who made the earlier filing? |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | See Attachment |

7. How much is the claim?   $ 8,434.46                    **Does this amount include interest or other charges?**
☐ No
■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

9. Is all or part of the claim secured?

■ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

☐ Motor Vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of Property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:**   $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)   _____%
☐ Fixed
☐ Variable

10. Is this claim based on a lease?

■ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

11. Is this claim subject to a right of setoff?

☐ No
■ Yes. Identify the property    See Attachment

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No ■ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 4,645.70 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |
| | *Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it.**
**FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/23/2020
                  MM / DD / YYYY

/s/ MICA L KING
(Signature)

Print the name of the person who is completing and signing this claim:

Name     MICA L                                              KING
         First name        Middle name                       Last name

Title    Bankruptcy Specialist

Company  Internal Revenue Service
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  210 WALNUT STREET M/S MS 5301
         Number        Street

         DES MOINES                          IA              50309-2115
         City                                State           ZIP Code

Contact Phone  515-564-6659                       Email: _____

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** JOSEPH M.A. CHARLES
9546 S CHARLES
CHICAGO, IL 60643



Form 410
Attachment

| Case Number |
| --- |
| 20-12634 |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 13 |

| Date of Petition |
| --- |
| 06/18/2020 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- | --- |
| XXX-XX-6203 | INCOME | 12/31/2017 | 07/08/2019 | | $3,345.00 | $403.14 |
| XXX-XX-6203 | INCOME | 12/31/2018 | 1 | Estimated- SEE NOTE | $844.52 | $53.04 |
| | | | | | $4,189.52 | $456.18 |

**Total Amount of Unsecured Priority Claims:** $4,645.70

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XXX-XX-6203 | INCOME | 12/31/2010 | 11/21/2011 | $1,237.68 | $709.64 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $1,458.31
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $383.13

**Total Amount of Unsecured General Claims:** $3,788.76

---

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.