**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Eastern Division**

| | |
|---|---|
| IN RE: | Case No.: 20-12634 |
| Joseph M.A. Charles | Chapter: 13 |
| Debtor | Judge Deborah L. Thorne |

### NOTICE OF DEFAULT AND MODIFICATION FOR DEBTOR'S FAILURE TO COMPLY WITH ORDER ENTERED 08/26/2020

**PLEASE TAKE NOTICE** that the debtor has failed to comply with the provisions set forth in this Honorable Court's Order, entered 08/26/2020, (hereto attached). In accordance with said Order, attorneys, Codilis & Associates, P.C., mailed notification to all required parties of non-compliance on 03/23/2021. The Debtor did not bring the post-petition mortgage payments current with U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4 prior to the fourteen (14) days, effective date provided for.

**THE AUTOMATIC STAY** has been terminated as to U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4, its principals, agents, successors, and/or assigns as to the property commonly known as 9130 S Marquette Ave, Chicago, IL 60617, upon filing of this Notice.

**NOTICE TO THE STANDING TRUSTEE:** No further payments are to be distributed to U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4 on its Proof of Claim.

### PROOF OF SERVICE AND CERTIFICATION

I hereby certify that I have served a copy of this Notice to the below, as to the Trustee and Debtor's attorney via electronic notice on April 7, 2021 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 7, 2021.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Joseph M.A. Charles, Debtor, 9546 S Charles, Chicago, IL 60643
David M Siegel, Attorney for Debtor, 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF

/s/ Joel P. Fonferko
Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File #14-18-00777
NOTE: This law firm is a debt collector.